GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

Counsel for Excel Innovations, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>EXCEL INNOVATIONS, INC.<br><br>Debtor. | Case No. 04-53874-ASW11<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE WITH YOU TECHNOLOGY f/k/a YT ACQUISITION CORP**<br><br>Date: December 7, 2010<br>Time: 1.15 p.m.<br>Place: Courtroom 3020<br>      280 South First Street<br>      San Jose, California 95113<br><br>HONORABLE ARTHUR S. WEISSBRODT |

PLEASE TAKE NOTICE that on December 7, 2010 at 1:15 p.m. or as soon thereafter as it may be heard in the above-entitled United States Bankruptcy Court (the "Court"), plaintiff Excel Innovations, Inc. ("Excel") will move the Court for authority to compromise a controversy with YOU Technology f/k/a YT Acquisition Corp. ("YT"). The settlement will involve recovery of cash in an amount totaling approximately $925,000.00. Pursuant to the settlement, the Cour t is requested to enter an order directing defendant U.S. Bank to turnover $667,000 to YT.

PLEASE TAKE FURTHER NOTICE that the proposed settlement satisfies the criteria enumerated in *In re A & C Properties*, 784 F.2d 1377 (9th Cir. 1986).

1  PLEASE TAKE FURTHER NOTICE that Excel's motion is based upon this
2  Notice of Hearing; Excel's Motion to Approve Compromise with YOU Technology f/k/a
3  YT Acquisition Corp Motion for Summary Judgment; Excel Innovations, Inc.'s
4  Memorandum of Points and Authorities in Support of the Motion; The Declaration of
5  Gregory J. Charles, Esq. and its exhibit; and such arguments and evidence as may be
6  presented at a hearing on the Motion.

7  PLEASE TAKE FURTHER NOTICE that all written opposition to the Motion
8  must be filed with the Clerk of the Bankruptcy Court, San Jose Division, Room 3035,
9  280 South First Street, San Jose, CA 95113-3099, and served on the undersigned at the
10 address set forth in conformity with Local Rules 7007-1 and 9013-1 of the United States
11 Bankruptcy Court for the Northern District of California.

Dated: November 3, 2010         CAMPEAU GOODSELL SMITH
                                A Law Corporation


                                By:   /s/Gregory J. Charles
                                      Gregory Charles
                                      Attorneys for the Debtor