GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

Counsel for Excel Innovations, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>EXCEL INNOVATIONS, INC.<br><br>Debtor. | Case No. 04-53874-ASW11<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE WITH U.S. BANK, N.A.**<br><br>Date: December 7, 2010<br>Time: 1.15 p.m.<br>Place: Courtroom 3020<br>        280 South First Street<br>        San Jose, California 95113<br><br>HONORABLE ARTHUR S. WEISSBRODT |

PLEASE TAKE NOTICE that on December 7, 2010 at 1:15 p.m. or as soon thereafter as it may be heard in the above-entitled United States Bankruptcy Court (the "Court"), plaintiff Excel Innovations, Inc. ("Excel") will move the Court for authority to compromise a controversy with U.S. Bank, N.A. ("Bank"). The settlement involves the exchange of mutual releases, and Bank will release any claims to funds that it is holding as a stakeholder. This settlement is related to the settlement between Excel and YOU Technology f/k/a YT Acquisition Corp. ("YT") that will involve recovery of cash in an amount totaling approximately $925,000.00 whose approval is concurrently noticed (Doc. 714).

PLEASE TAKE FURTHER NOTICE that the proposed settlement satisfies the

Notice of Hearing
1

1 criteria enumerated in *In re A & C Properties*, 784 F.2d 1377 (9th Cir. 1986).

PLEASE TAKE FURTHER NOTICE that Excel's motion is based upon this Notice of Hearing; Excel's Motion to Approve Compromise with YOU Technology f/k/a YT Acquisition Corp; Excel's Motion to Approve Compromise with U.S. Bank, NA; Excel Innovations, Inc.'s Memorandum of Points and Authorities in Support of the Motion; The Declaration of Gregory J. Charles, Esq. and its exhibit; and such arguments and evidence as may be presented at a hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that all written opposition to the Motion must be filed with the Clerk of the Bankruptcy Court, San Jose Division, Room 3035, 280 South First Street, San Jose, CA 95113-3099, and served on the undersigned at the address set forth in conformity with Local Rules 7007-1 and 9013-1 of the United States Bankruptcy Court for the Northern District of California.

Dated: November 17, 2010

CAMPEAU GOODSELL SMITH
A Law Corporation


By: /s/Gregory J. Charles
Gregory Charles
Attorneys for the Debtor