William C. Lewis, Esq., Bar No. 77193
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Creditor Stanley Caplan

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 04-53874-ASW |
| EXCEL INNOVATIONS, INC., | Chapter 11 |
| Debtor. | PROOF OF SERVICE |

**PROOF OF SERVICE**

I, REBECCA EPSTEIN, am Of Counsel to the Law Offices of William C. Lewis and my business address is 510 Waverley Street, Palo Alto, CA 94301. I am over the age of 18 years and not a party to the within action.

On December 2, 2010 I served the within documents:

    OBJECTIONS TO FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR

    DECLARATION OF STANLEY CAPLAN IN SUPPORT OF OBJECTIONS TO FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR

on the parties in this action, by delivering a true copy to the following:

| | |
|---|---|
| 1 | |
| 2 | John Wesolowski, Esq.<br>Office of the U.S. Trustee / SJ |
| 3 | U.S. Federal Bldg.<br>280 S 1st St. #268 |
| 4 | San Jose, CA 95113-3004<br>**FAX: 408-535-5532** |
| 5 | |
| 6 | Scott Goodsell, Esq.<br>Campeau Goodsell Smith |
| 7 | 440 N 1st St Ste 100<br>San Jose, CA 95112<br>**FAX: 408-295-6606** |

/ /     (BY MAIL)  I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California on  to the addresses shown above.

/_X_/ (VIA FACSIMILE TRANSMISSION) I caused such document to be sent via facsimile transmission on this date during normal business hours to the addressee(s) as shown above.

 /X/    (Federal) I declare under penalty of perjury under the laws of the United States of America that I am a member of the bar of this court, and that the foregoing is true and correct.

/ /     (State) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on December 2, 2010 at Palo Alto, California.

                                   /s/ Rebecca Epstein
                                   REBECCA EPSTEIN

PROOF OF SERVICE                    -2-

Case: 04-53874    Doc# 724-2    Filed: 12/02/10    Entered: 12/02/10 10:53:14    Page 2 of 2